IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**FINANCE AMERICA, LLC,**                                                                 **PLAINTIFF**

**VS.**                                                             **CIVIL ACTION NO.: 4:05CV241-P-B**

**SHARON ANDERSON, ET AL.,**                                                          **DEFENDANTS**

## ORDER

**BEFORE THE COURT** is the unopposed Motion [doc. 18] of Litton Loan Servicing, LP, Credit-Based Asset Servicing and Securization LLC and Mortgage Electronic Registration Sytem, Inc., for leave to intervene in this action and for a stay of *Anderson v. Ocwen Financial Corportation*, et al., Cause No. 4:05cv243. For good cause shown and hearing no objection from any party, the motion to intervene is hereby, granted. However, because this Court remanded *Anderson v. Ocwen* to state court by Order dated May 26, 2006, movants' request to stay that matter is moot.

Movants shall file their proposed complaint on or before August 30, 2006.

**SO ORDERED** this 23rd day of August, 2006.

                                            **/s/ Eugene M. Bogen**
                                            **U. S. MAGISTRATE JUDGE**

Dockets.Justia.com